**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, CHIEF JUDGE**

Criminal Case No. 06-cr-00137-LTB

UNITED STATES OF AMERICA,

       Plaintiff,

v.

1. JAMES S. BEDNARCIK,

       Defendant.
_____

**MINUTE ORDER**
_____
BY ORDER OF CHIEF JUDGE LEWIS T. BABCOCK

      The Unopposed Motion to Waive Defendant's Appearance for May 23, 2006 Status Conference (Doc 11 - filed May 2, 2006) is **GRANTED**.

Dated: May 4, 2006
_____